JS-6

MCNULTY LAW FIRM
Peter J. McNulty, Esq. (SBN 89660)
peter@mcnultylaw.com
Brett L. Rosenthal, Esq. (SBN 230154)
brett@mcnultylaw.com
827 Moraga Drive
Bel Air, California 90049
Tel:  310-471-2707
Fax:  310-472-7014

*Attorneys for Plaintiff -Continued on next page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE WILLES,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGON NATIONAL INSURANCE COMPANY, NATIONAL GENERAL MANAGEMENT CORP., NATIONAL GENERAL INSURANCE COMPANY, and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.:  2:21-cv-01726-CAS-JPR |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:   March 31, 2023

*(signature)*
_____
Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE

1